FILED

08 APR 23 PM 1:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 1273 JLS |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JUAN CARLOS LEDESMA-LOZANO, | |
| Defendant. | |

The grand jury charges:

On or about August 29, 2007, within the Southern District of California, defendant JUAN CARLOS LEDESMA-LOZANO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

WDK:em:San Diego
4/21/08

It is further alleged that defendant JUAN CARLOS LEDESMA-LOZANO was removed from the United States subsequent to August 15, 2005.

DATED: April 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney