KATHRYN A. THICKSTUN
California Bar No. 135014
110 West C Street, Suite 2108
San Diego, CA 92101-3910

Telephone: (619) 523-5375
Facsimile:  (619) 523-5376
E mail: ktleff@cox.net

Attorney for Defendant JUAN CARLOS LEDESMA-LOZANO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08 cr 1273 JLS |
| Plaintiff, ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| ) | 1) COMPEL DISCOVERY. |
| v. ) | |
| ) | Date: May 23, 2008 |
| JUAN CARLOS LEDESMA-LOZANO, ) | Time: 1:30 p.m. |
| Defendant. ) | |

TO:    KAREN P. HEWITT, United States Attorney;
       JOSEPH ORABONA, Assistant United States Attorney.

   PLEASE TAKE NOTICE that the defendant, Juan Carlos Ledesma-Lozano, by and through counsel, Kathryn A. Thickstun will ask this Court to grant the motion listed below.

//
//
//
//

1

MOTIONS

The defendant, Juan Carlos Ledesma-Lozano, by and through counsel, Kathryn A. Thickstun, asks this Court pursuant to the Fifth and Sixth Amendments, to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes and local rules for an order to:

1) Compel Discovery.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of this motion.

Respectfully submitted,

Dated: May 9, 2008           s/Kathryn A. Thickstun
                             KATHRYN A. THICKSTUN
                             Attorney for Defendant JUAN CARLOS LEDESMA-LOZANO

2