UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal No. 08 CR 1273 JLS |
| Plaintiff,            ) | CERTIFICATE OF SERVICE |
| v.            ) | |
| JUAN CARLOS LEDESMA-LOZANO,            ) | |
| Defendant.            ) | |

IT IS HEREBY CERTIFIED THAT:

I, Kathryn Thickstun Leff, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California. My business address is 110 West C St., Ste. 2108, San Diego, California 92101-3910 and am not a party to the above-entitled action. I have caused NOTICE OF MOTION AND MOTION FOR DISCOVERY to be served via the CM/ECF system upon the following:

AUSA Joseph Orabona

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 9, 2008                    s/Kathryn Thickstun Leff