UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 08CR1273-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| JUAN CARLOS LEDESMA-LOZANO, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————————— | ) | |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motions and Motions** For (1) Fingerprint Exemplars; (2) Reciprocal Discovery; and (3) Leave to File Further Motions; together with the separately captioned Statement of Facts and Memorandum of Points and Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kathryn Thickstun Leff, Esq.
Law Offices of Kathryn Thickstun Leff
110 West C Street, Suite 2108
San Diego, California 92101
Tel:  (619) 523-5375
Fax:  (619) 523-5376
Email: ktleff@cox.net
*Lead Attorney for Defendant*

A hardcopy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney