

IN CUSTODY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
# NORTH COUNTY DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>    Plaintiff,<br>v.<br>JUAN CARLOS LEDESMA,<br>  *dob 03/28/77, Booking No. 05711206B;*<br>    Defendant | CT No. CN196618<br>DA No. OAS947<br><br>DOMESTIC VIOLENCE<br><br>COMPLAINT-FELONY |

INFORMATION

Date: _____

## PC296 DNA TEST STATUS SUMMARY

**Defendant** | **DNA Testing Requirements**
LEDESMA, JUAN CARLOS | DNA sample required upon conviction

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC245(a)(1)<br>LEDESMA, JUAN CARLOS | Felony | 2-3-4 | PC1192.7(c)(23) | Serious |
| 2 | PC273a(a)<br>LEDESMA, JUAN CARLOS | Felony | 2-4-6 | | |
| 3 | PC273a(a)<br>LEDESMA, JUAN CARLOS | Felony | 2-4-6 | | |
| 4 | PC273.5(a)<br>LEDESMA, JUAN CARLOS | Felony | 2-3-4 | | |
| 5 | VC23152(b)<br>LEDESMA, JUAN CARLOS | Misdemeanor | 90 Days-1 Yr | VC23540 | |
| 6 | PC148(a)(1)<br>LEDESMA, JUAN CARLOS | Misdemeanor | 1 Yr | | |

## CHARGE SUMMARY (cont'd)

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 7 | VC12500(a) | Misdemeanor | 6 Mos\Fine | | |

LEDESMA, JUAN CARLOS

PC1054.3                                                INFORMAL REQUEST FOR DISCOVERY

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

## CHARGES

### COUNT 1 - ASSAULT WITH DEADLY WEAPON/FORCE LIKELY TO CAUSE GBI

On or about June 25, 2005, JUAN CARLOS LEDESMA did unlawfully commit an assault upon LORENA DIAZ with a deadly weapon and instrument and by means of force likely to produce great bodily injury, in violation of PENAL CODE SECTION 245(a)(1).

And it is further alleged that in the commission and attempted commission of the above offense, the said defendant, JUAN CARLOS LEDESMA, personally used a deadly weapon, to wit: CONCRETE SLAB, within the meaning of PENAL CODE SECTION 1192.7(c)(23).

### COUNT 2 - CHILD ABUSE - FELONY

On or about June 25, 2005, JUAN CARLOS LEDESMA did willfully and unlawfully, under circumstances likely to produce great bodily harm and death, injure, cause, and permit ISAAC L., a child, to suffer and to be inflicted with unjustifiable physical pain and mental suffering, and, having the care and custody of said child, injure, cause, and permit the person and health of that child to be injured and did willfully cause and permit that child to be placed in a situation where his or her person and health is endangered in violation of PENAL CODE SECTION 273a(a).

### COUNT 3 - CHILD ABUSE - FELONY

On or about June 25, 2005, JUAN CARLOS LEDESMA did willfully and unlawfully, under circumstances likely to produce great bodily harm and death, injure, cause, and permit CARLOS L., a child, to suffer and to be inflicted with unjustifiable physical pain and mental suffering, and, having the care and custody of said child, injure, cause, and permit the person and health of that child to be injured and did willfully cause and permit that child to be placed in a situation where his or her person and health is endangered in violation of PENAL CODE SECTION 273a(a).

# CHARGES (cont'd)

## COUNT 4 - CORPORAL INJURY TO SPOUSE AND/OR ROOMMATE

On or about June 25, 2005, JUAN CARLOS LEDESMA did willfully and unlawfully inflict a corporal injury resulting in a traumatic condition upon LORENA DIAZ, who was then and there a person who is the mother/father of his/her child, in violation of PENAL CODE SECTION 273.5(a).

## COUNT 5 - DRIVING WHILE HAVING A MEASURABLE BLOOD ALCOHOL, PRIOR DUI WITHIN 10 YEARS OF VC23152 CONVICTION

On or about June 25, 2005, JUAN CARLOS LEDESMA did unlawfully, while having 0.08 percent and more, by weight, of alcohol in his/her blood, drive a vehicle, in violation of VEHICLE CODE SECTION 23152(b).

And it is further alleged that within ten years of the commission of the above offense, said defendant, JUAN CARLOS LEDESMA, was convicted of the following separate violations committed in California or elsewhere,

a violation of VC23103(A), to wit: (Date of Offense) 05-27-2001, (Date of Conviction) 06-28-2001, (Docket No.) CN129669, in the Superior Court, County of San Diego, State of California,

, within the meaning of VEHICLE CODE SECTIONS 23626 and 23540.

## COUNT 6 - RESISTING AN OFFICER

On or about June 25, 2005, JUAN CARLOS LEDESMA did willfully and unlawfully resist, delay and obstruct a public officer, peace officer and emergency medical technician in the discharge of and the attempt to discharge a duty of his/her office and employment, in violation of PENAL CODE SECTION 148(a)(1).

## COUNT 7 - UNLICENSED DRIVER

On or about June 25, 2005, JUAN CARLOS LEDESMA did unlawfully drive a motor vehicle upon a highway without holding a valid driver's license issued under the Vehicle Code of the State of California, in violation of VEHICLE CODE SECTION 12500(a).

---

NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

The People reserve the right to amend the accusatory pleading to further allege any and all facts in aggravation in light of Blakely v. Washington (6/24/2004) ___ U.S. ___ [124 S.Ct. 2531, 2004 WL 1402697].

Sheriff's records indicate that as of the booking date one or more defendants have not yet provided a DNA sample to the DOJ database. Pursuant to Penal Code Section 296(e), the court shall order collection of DNA from the defendant(s) if advised by the prosecuting attorney that a sample is required but has not been provided by the defendant. Pursuant to Penal Code sections 296/296.1, if not already required from a past conviction, any defendants who have not done so will be required to provide a sample upon conviction of this felony offense.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CN196618, CONSISTS OF 7 COUNTS.

Executed at Vista, County of San Diego, State of California, on June 29, 2005.

_____
COMPLAINANT

INFORMATION

BONNIE M. DUMANIS
District Attorney
County of San Diego
State of California
by:

_____          _____
Date                              Deputy District Attorney

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

SCN196618 DA 0AS94701

☐ CENTRAL ☒ NORTH ☐ EAST ☐ SOUTH

DATE 8-15-05 AT 1:30 P.M.   PHS

PRESENT: HON. Richard G. Mills   JUDGE PRESIDING DEPARTMENT 6

CLERK Palburgo   REPORTER Celette Freed CSR#8695   CSR# _____

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA

G Allard — DEPUTY DISTRICT ATTORNEY

VS. Ledesma, Juan C. — DEFENDANT

L. Copsey — ATTORNEY FOR DEFENDANT (PD / APD / PCC / RETAINED)

VIOLATION OF 4) PC273.5(a), 5) VC23152(b)   P.O. M Thomas

ENH(S) _____   INTERP. M Accu__   ☒ OATH ON FILE / SWN.
PRIOR(S) _____   LANGUAGE Spanish

DEFENDANT ☒ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED — Deft waives Arbuckle

**PREV**
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ ☐ WAIVES HEARING.
PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☐ MODIFIED ☐ CONT ☐ ST&C ☐ TERMD. ☐ EXT. TO: _____

**JUDGMENT**
☐ COMPLIANCE WITH PC 296 VERIFIED / ORDERED. ☒ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JDGMT. ☒ IMPOSITION / EXECUTION OF SENTENCE IS SUSP.
☒ PROBATION IS: ☐ DENIED ☒ GRANTED Three YEARS (FORMAL/SUMMARY) TO EXPIRE 08-14-08
☒ COMMITMENT TO SHERIFF FOR 240 DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB. ☒ PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ HRS / DAYS PSP / VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____
☒ 4TH AMENDMENT WAIVER ☒ IMPOSED. / ☐ REMAINS IN EFFECT. / ☐ DELETED. ☐ FORMAL PROB. CONVERTS TO SUMM. PROB. _____
☒ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ WORK FURLOUGH, REPORT: _____
☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY ☐ PER WI 1737
☐ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS ☐ PER PC 1170(d).
☐ FOR _____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _____ YEARS / MONTHS / TO LIFE
ON COUNT _____ CODE & NO. _____ ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE.
☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12. ☒ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
☐ NO VISITATION PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ DEFT. ADVISED REGARDING PAROLE / APPEAL RIGHTS. ☐ REGISTRATION PER PC 290 / HS 11590 / PC 457.1 / PC 186.30.
☒ HIV TESTING PER PC 1202.1 / DNA SAMPLING PER PC 296. ☒ PROTECTIVE ORDER ISSUED — Weapons
☒ DEFENDANT TO PAY: FINE OF $238 (PLUS) PENALTY ASSESSMENT. ☐ $20 COURT SECURITY FEE. ☐ PROBATION COSTS. ☐ BOOKING FEES.
REST. FINES: ☒ $200 PER PC1202.4(b). ☐ F/W PER PC2085.5. ☒ $200 PER PC1202.44 / PC1202.45 SUSP. UNLESS PROB. / PAROLE REVKD.
☐ PROBATION HAVING BEEN FORMALLY REVOKED, THE PREVIOUS RESTITUTION FINE OF $_____, SUSPENDED PER PC 1202.44, IS NOW DUE.
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $_____ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.
☒ COURT-APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $570 — Restitution reserved
☐ INCOME DEDUCTION ORDER OF $_____ PER PAY PERIOD PER PC 1202.42 STAYED UNLESS DEFT. FAILS TO PAY VICTIM REST. NOTICE OF RIGHTS PROVIDED.
☒ AT THE COMBINED RATE OF $25 PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____
☒ DEFT. TO REPORT TO REVENUE & RECOVERY / COURT COLLECTIONS ~~FORTHWITH~~ / WITHIN 72 HOURS OF RELEASE FROM CUSTODY.
☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY.

**CUSTSTT**
☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____. ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.

**CREDIT FOR TIME SERVED**
52 DAYS LOCAL
0 DAYS STATE INST.
26 DAYS PC4019 / ~~2933.1~~
78 TOTAL DAYS CREDIT

**FUT HRGS**
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2.
_____ CONTINUED TO / SET FOR _____ AT _____ M. IN DEPT. _____ ON MOTION OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: _____
☐ EVIDENTIARY HEARING ON THE PROBATION REVOCATION ALLEGATION TO BE HEARD CONCURRENTLY WITH THE PRELIMINARY HEARING.

**BONDS/WRRNTS**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED. Direct on-line abstract to DMV / N
☐ BAIL IS ☐ EXONERATED. ☐ FORFEITED. AMOUNT $_____. BOND NO. _____
BOND COMPANY _____ AGENT _____

**MH**
☐ PROCEEDINGS SUSPENDED ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

**OTHER**
☐ PROBATION TO PREPARE SUPP. REPT. / SUBMIT POST-SENT REPT TO CDC PER PC1203c. ☐ REPT. TO REG. OF VOTERS. ☐ DMV ABSTRACT. B.A.C.
☐ CONCURRENT WITH / CONSECUTIVE TO: _____
Victim Aracely Diaz addressed the court in support of deft. Victim does not want a stay away order.
— Protective order issued as to weapons only.
As to Ct 2 — Three years probation — All terms concurrent.

_Richard_ JUDGE OF THE SUPERIOR COURT
RICHARD E. MILLS

SDSC CRM-2B (Rev. 5-05)
JAIL/DEFT. ATTY. PROS. PROB. R&R MHS SAM/COUTES — PRONOUNCEMENT OF JUDGEMENT

SCN196618 DA OAS947

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ CENTRAL  ☒ NORTH  ☐ EAST  ☐ SOUTH

Order To Show Cause

DATE 9-18-07 AT 8:30 A.M.

PRESENT: HON. Aaron H. Katz, JUDGE PRESIDING   DEPARTMENT 006

CLERK Chyn   REPORTER J. B. Howard-Regan   CSR# ___

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA

VS. Ledesma, Juan C.
DEFENDANT

DEPUTY DISTRICT ATTORNEY ID Am Chhorar

ATTORNEY FOR DEFENDANT (PD) / APD / MCO / PCC / RETAINED

VIOLATION OF 4) PC 273.5(a)   5) VC 23152(b)/MI   P.O. ___
ENH(S) ___   INTERP. ___   OATH ON FILE / SWN. ___
PRIOR(S) ___   LANGUAGE ___

**PREV**
- ☐ DEFENDANT ☐ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED  Formal Prob Revoked 9-7-06 MITOP-NLW
- ☒ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION   WAIVES HEARING
- PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☒ REVKD ☒ REINST ☐ MODIFIED ☒ CONT ☒ ST&C ☐ TERMD. ☒ EXT. TO: 9-17-2010

**JUDGMENT**
- ☐ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
- ☐ PROBATION IS: ☐ DENIED ☐ GRANTED ___ YEARS (FORMAL / SUMMARY) TO EXPIRE ___. ☐ CONVERTS TO SUMM. PROB. ___
- ☒ COMMITMENT TO SHERIFF FOR 365 DAYS. STAYED TO ___ / PNDG. SUCC. COMPL. OF PROB.   PAROLE NOT TO BE GRANTED.
- ☐ PERFORM ___ ☐ DAYS PSP. ☐ HOURS VOL. WORK AT NONPROFIT ORG.   SUBMIT PROOF TO PROBATION / COURT BY ___
- ☒ 4TH AMENDMENT WAIVER: IMPOSED. / REMAINS IN EFFECT. / DELETED.   ☐ PROTECTIVE ORDER: ISSUED. / REMAINS IN EFFECT. / MODIFIED. / DELETED.
- ☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER.   WORK FURLOUGH, REPORT: ___ TO 551 S. 35TH ST., SAN DIEGO AT 8:00 A.M.
- ☐ DEFT. IS COMMITTED TO THE DEPT. OF CORRECTIONS & REHABILITATION ☐ PER PC 1170(d). ☐ DIVISION OF JUVENILE JUSTICE ☐ PER WI 1737
- ☐ FOR ___ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF ___ YEARS / MONTHS / TO LIFE
- ON COUNT ___ CODE & NO. ___ ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE
- ☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12.   ☐ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
- ☐ NO VISITATION PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
- ☐ DEFT. ADVISED RE: PAROLE / APPEAL RIGHTS.   ☐ DEFT. TO REGISTER PER ☐ PC 290 ☐ HS 11590 ☐ PC 457.1 ☐ PC 186.30
- ☐ TESTING: ☐ COMPLIANCE WITH PC 296 VERIFIED.   ☐ DNA PER PC 296.   ☐ HIV PER PC 1202.1.
- ☐ DEFENDANT TO PAY: FINE OF $___ INCLUDING PENALTY ASSESSMENT. ☐ $___ LAB FEE PER HS 11372.5(a) AND $___ DRUG PROGRAM FEE PER HS 11372.7(a) FOR EACH QUALIFYING OFFENSE. ☐ COURT SECURITY FEE OF $___ ☐ BOOKING FEES. ☐ PROBATION COSTS.
- REST. FINES: ☐ $___ PER PC1202.4(b). ☐ F/W PER PC2085.5. ☐ $___ PER PC1202.44 / PC1202.45 SUSP. UNLESS PROB. / PAROLE REVKD.
- ☐ PROBATION HAVING BEEN FORMALLY REVOKED, THE PREVIOUS RESTITUTION FINE OF $___, SUSPENDED PER PC 1202.44, IS NOW DUE.
- ☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $___ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.
- ☐ COURT-APPT. ATTORNEY FEES OF $___.  ☐ AT COMBINED RATE OF $___ PER MONTH TO START 60 DAYS AFTER RELEASE / ON ___
- ☐ DEFT. TO REPORT TO ☐ PROBATION ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS ☐ FORTHWITH. ☐ WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

CREDIT FOR TIME SERVED
21 DAYS LOCAL
___ DAYS STATE INST.
10 DAYS PC4019 / 2933.1
31 TOTAL DAYS CREDIT

**CUSTATT**
- ☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $___
- ☐ MAY BE RELEASED TO REP. OF PD / PROB./APPROVED RES. TREATMENT PROG. ☐ STAY / SERVE BAL. OF CUST. ☐ WHEN BED AVAIL. ☐ AFTER ___ CUST.
- ☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.
- ☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $___. ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.

**FUT HRGS**
- ☐ DEFENDANT: ☐ WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT. ☐ IS REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. / WI 707.2.
- ___ CONTINUED TO / SET FOR ___ AT ___ IN DEPT. ___ ON MOTION OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: ___
- ☐ TO BE HEARD CONCURRENTLY WITH PRELIMINARY HEARING IN CASE ___.  ☒ TO TRAIL CASE CN216871 CN212009

**BW/BONDS**
- ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $___. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ___
- ☐ BENCH WARRANT ISSUED / ORDERED ___ IS RECALLED / RESCINDED.
- ☐ DECL. OF NON-COLLUSION & RE-ASSUMPTION OF LIABILITY FILED. ☐ BAIL FORF. IS SET ASIDE. ☐ BAIL IS ☐ REINSTATED. ☐ EXONERATED. ☐ FORFEITED.
- ☐ UPON PAYMENT OF COURT COST $___ WITHIN 30 DAYS. COST WAIVED. BOND AMT $___ BOND NO. ___
- BOND COMPANY ___ AGENT ___

**OTHER**
- ☐ PROCEEDINGS SUSPENDED ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
  ☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: ___
- ☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY.
- ☐ PROBATION: PREPARE SUPP. REPT. / SUBMIT POST-SENT. REPT. TO CDCR PER PC1203c. CLERK: ☐REGISTRAR OF VOTERS. ☐DMV ABSTRACT B.A.C.
- ☐ SEE ATTACHED MINUTES FOR ADDITIONAL ORDERS. ☐ CONCURRENT WITH / CONSECUTIVE TO: ___

EH: 10-2-07 9:00 D-5 - Vacate



Distribution by ___ on ___ to (JAIL) (DEFT.) ATTY. PROS. (PROB.) R&R Other: ___
SDSC CRM-2B(Rev. 1-07)   CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGEMENT

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FILED<br>Clerk of the Superior Court<br>JUL 12 2008<br>By: P. Albergo, Deputy |
|---|---|
| PEOPLE vs _Juan Carlos Ledesma_ Defendant | |
| **PLEA OF GUILTY/NO CONTEST – FELONY** | Court Number: _CN196615_<br>DA Number: _OA5947_ |

I, the defendant in the above-entitled case, in support of my plea of (Guilty)/No Contest, personally declare as follows:

1. Of those charges now filed against me in this case, I plead _Guilty_ to the following offenses and admit the enhancements, allegations and prior convictions as follows: [JL]

| COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
|---|---|---|
| Four | PC 273.5(a) | |
| Five | VC 23152(b) | |

PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, COUNTY, CASE NUMBER, AND CHARGE)

2. I have not been induced to enter this plea by any promise or representation of any kind, except: (State any agreement with the District Attorney.) _Dismiss Balance - MOLT Stipulate to 240 days custody wrap with probation violations_ [JL]

3. I am entering my plea freely and voluntarily, without fear or threat to me or anyone closely related to me. [JL]

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes. [JL]

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours. [JL]

## CONSTITUTIONAL RIGHTS

6a. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. [JL]

**I understand that as to all charges, allegations and prior convictions filed against me I also have the following constitutional rights, which I now give up to enter my plea of guilty/no contest:**

   6b. I have the right to a **speedy and public trial by jury**. I now give up this right. [JL]

   6c. I have the right to **confront and cross-examine all the witnesses** against me. I now give up this right. [JL]

   6d. I have the right to **remain silent** (unless I choose to testify on my own behalf). I now give up this right. [JL]

   6e. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. I now give up this right. [JL]

Defendant: Ledesma       CASE NUMBER: CN196618

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

7a. I understand that I may receive this maximum punishment as a result of my plea: __4__ years in State Prison, $ __10,000__ fine and __4__ years parole (4, 7, 14, life) with return to prison for every parole violation. If I am not sentenced to prison I may receive probation for a period up to 5 years or the maximum prison term, whichever is greater. As conditions of probation I may be given up to a year in jail custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any condition of probation I can be sent to State Prison for the maximum term as stated above. [JL]

7b. I understand that I must pay a restitution fine ($200 - $10,000), that I will also be subject to a suspended fine in the same amount, and that I must pay full restitution to all victims. [JL]

7c. I understand that my conviction in this case will be a serious/violent felony ("strike") resulting in mandatory denial of probation and substantially increased penalties in any future felony case. [X]

7d. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to an "Aggravated Felony" listed on the back of this form, then I will be deported, excluded from admission to the U.S., and denied naturalization. [JL]

7e. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases, and consecutive sentences. [JL]

7f. My attorney has explained to me that other possible consequences of this plea may be: (Circle applicable consequences.) [JL]

  (1) Consecutive sentences
  (2) Loss of driving privileges
  (3) Commitment to Youth Authority
  (4) Registration as an arson / sex / narcotic / gang offender
  **(5) Cannot possess firearms or ammunition**
  **(6) Blood test and saliva sample  DNA**
  **(7)** Priorable (increased punishment for future offenses)
  (8) Prison prior
  (9) Mandatory prison
  (10) Presumptive prison
  (11) Sexually Violent Predator Law
  (12) Possible/Mandatory hormone suppression treatment
  (13) Reduced conduct credits
     (a) Violent Felony (No credit or max. 15%)
     (b) Prior Strike(s) (No credit to max. 20%)
     (c) Murder on/after 6/3/98 (No credit)
  (14) Loss of public assistance
  (15) AIDS education program
  (16) Other: _____  [JL]

## OTHER WAIVERS

8. **(Appeal Rights)** I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strikes priors (under PC sections 667(b)-(i) and 1170.12), and 3) any sentence stipulated herein. [JL]

9. **(Harvey Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence. [JL]

10. **(Arbuckle Waiver)** I give up my right to be sentenced by the judge who accepts this plea. [crossed out]

11. **(Probation Report)** I give up my right to a full probation report before sentencing. [crossed out]

| Defendant: Ledesma | CASE NUMBER: CN196618 |
|---|---|

## PLEA

12. I now plead Guilty/No Contest and admit the charges, convictions and allegations described in paragraph #1, above. I admit that on the dates charged, I: *(Describe facts as to each charge and allegation)*

    I inflicted injury upon my girlfriend (mother of my child) resulting in a traumatic condition.

    I drove a vehicle with a blood alcohol greater than .08%.  JL

13. I declare under penalty of perjury that I have read, understood, and initialed each item above and any attached addendum, and everything on the form and any attached addendum is true and correct.  JL

Dated: 7/12/05    Defendant's Signature: [signed]

Defendant's Address: _____ Street

_____ City    State    Zip

Telephone Number: ( )

Defendant's Right Thumb Print

### ATTORNEY'S STATEMENT

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: 7/12/05    Laura Copsey (Print Name)    Laura Copsey (Signature)
Attorney for Defendant
(Circle one:  PD / APD / PCC / RETAINED)

### INTERPRETER'S STATEMENT (If Applicable)

I, the sworn Spanish language interpreter in this proceeding, truly translated for the defendant the entire contents of this form and any attached addendum. The defendant indicated understanding of the contents of this form and any addendum and then initialed and signed the form and any addendum.

Dated: 7/12/05    Dorothy E. Pflug (Print Name)    Dorothy E. Pflug (Signature)
Court Interpreter

### PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff, by its attorney, the District Attorney for the County of San Diego, concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: 7-12-05    Kelly Mok (Print Name)    [signed] (Signature)
Deputy District Attorney

### COURT'S FINDING AND ORDER

The Court, having questioned the defendant and defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: 7/12/05    [signed]
Judge of the Superior Court

SDSC CRM-12(Rev. 11-03)    **PLEA OF GUILTY/NO CONTEST - FELONY**    Page three of three

FILED
Clerk of the Superior Court
JUL 12 2005
By: P. Albergo, Deputy

Defendant __Juan Ledesma__

Case No: __CN196618__

# BLAKELY WAIVER

I understand I have the right to a jury or court trial, the right to confront and cross-examine witnesses, the right to subpoena witnesses, the right to present evidence, and the right to testify or remain silent, as to any sentencing factors that may be used to increase my sentence on any count or allegation to the upper or maximum terms provided by law.

I now give up these rights and agree to allow the determination as to the existence of any fact in aggravation to be made by the sentencing judge in accordance with existing California statutes and Rules of Court. I also agree this waiver shall apply to any future sentence that may be imposed in the event my probation is revoked.

Dated: 7/12/05      Defendant: _[signature]_

Dated: 7/12/05      Attorney: _[signature]_

Dated: 7/12/05      Court Interpreter: _[signature]_

4 of 7

| Defendant | Ledesma | Case Number CN 1... |
|---|---|---|

## SUPERIOR COURT OF SAN DIEGO COUNTY DUI ADDENDUM

**INSTRUCTIONS:** Use this addendum if you are pleading guilty/no contest to VC § 23153a/b, VC § 23152a/b, VC § 23...

I understand the possible punishment and consequences of my conviction of the offense to be:

**NOTE:** ALL FINES SHOWN BELOW WILL BE SIGNIFICANTLY INCREASED BY MANDATORY PENALTY ASSESSME...

**PENALTY FOR 23550.5:**

| SENTENCE FOR DUI CONVICTION WITHIN 10 YEARS OF PRIOR (SECTION 23550.5) ||
|---|---|
| **PRIOR OFFENSE** | **SENTENCE** |
| A prior violation of VC § 23152 that was punished as a felony under VC § 23550 or § 23550.5, or both; or A prior violation of VC § 23153 that was punished as a felony; or A prior violation of PC § 192(c)(1) that was punished as a felony. Any prior violation of PC § 191.5 or a felony violation of PC § 192(c)(3) (**10 year limit not applicable**). | Up to 3 years State Prison or not more than one year county jail and $390 to $1,... A 4-year license revocation. However, if my offense is a violation of VC § 23153... other DUI-related convictions within 7 years, my license will be revoked for 5 yea... If I have violated VC § 23152, I will be designated as a habitual traffic offender fo... I must successfully complete an alcohol/drug program in order to have my driver... reinstated by the DMV, even though I am not ordered to attend such a program... |

**PENALTY FOR 23153:**

SENTENCES FOR DRIVING UNDER THE INFLUENCE OF ALCOHOL AND/OR DRUGS (INJURY) (SECTION 23153)

| OFFENSE | MINIMUM AND MAXIMUM SENTENCES WHEN PROBATION IS GRANTED (3 TO 5 YEARS PROBATION TERM) | MINIMUM AND MAXIMUM SENTE... PROBATION |
|---|---|---|
| First offense within 7 years | 5 days to 1 year in county jail; $390 to $1,000 fine; attendance at an alcohol/drug program (at least 3 months if BAC <0.20%; at least 6 months if BAC ≥ 0.20%); and a 1-year license suspension. | 90 days to 1 year in county jail, or 16... years in state prison; $390 to $1,000 year license suspension. |
| Second offense within 7 years (prior conviction of section(s) 23152, 23153, or 23103.5) | Two options: (A) 120 days to 1 year in county jail; $390 to $5,000 fine; and a 3-year license revocation; or (B) 30 days to 1-year in county jail; $390 to $1,000 fine; an 18-month or 30-month alcohol/drug program; and a 3-year license revocation. | 120 days to 1 year in county jail, or 1 3 years in state prison; $390 to $5,00... year license revocation. |
| Third or subsequent offense within 7 years (prior convictions of section(s) 23152, 23153, or 23103.5) | 30 days to at least 1 year in county jail; $390 to $5,000 fine; an 18-month or 30-month alcohol/drug program; restitution or reparation to the victim as required by law; and a 5-year license revocation. | 2, 3, or 4 years in state prison; $1,01... and a 5-year license revocation. An years in state prison if I already have convictions and the offense caused ... to another person. |

**NOTE:** If I am convicted of violating VC § 23153 and the offense also caused bodily injury or death to more than 1 victim, upon a felon sentence will be enhanced by 1 year in state prison for each additional victim.

**PENALTY FOR 23152:**

SENTENCES FOR DRIVING UNDER THE INFLUENCE OF ALCOHOL AND/OR DRUGS (SECTION 23152)

| OFFENSE | MINIMUM AND MAXIMUM SENTENCES WHEN PROBATION IS GRANTED (3 TO 5 YEARS PROBATION TERM) | MINIMUM AND MAXIMUM WITHOUT PROBA... |
|---|---|---|
| First offense within 7 years | Two options, both requiring attendance at an alcohol/drug program (at least 3 months if BAC <0.20%; at least 6 months if BAC ≥ 0.20%), a fine of $390 to $1,000, plus either: (A) 48 hours to 6 months in jail and a 6-month license suspension; or (B) a 90-day license restriction allowing driving for work and alcohol/drug program. Under either option, my license shall be suspended for 6 months if the offense occurred in a vehicle which requires a class A or B license. | 96 hours to 6 months in jail; $3... fine; and a 6-month license sus... |
| | Two options, both carrying a fine of $390 to $1,000, plus either: | |

| | | |
|---|---|---|
| in 7 years section(s) 103.5) | 120 days to 1 year in jail; $390 to $1,000 fine; a 3-year license revocation; and an 18-month alcohol/drug program if I have not completed one before. | 120 days to 1 year in jail; $390 to $1,000 fine; and a 3-year license revocation. |
| equent years section(s) 103.5) | 180 days to 1 year in jail; $390 to $1,000 fine; a 4-year license revocation; and an 18-month alcohol/drug program if I have not completed one before. | 16 months, or 2 or 3 years in state prison, or 180 days to 1 year in county jail; $390 to $1,000 fine; and a 4-year license revocation.  |

03.5:

| SENTENCE FOR RECKLESS DRIVING (ALCOHOL AND/OR DRUGS) (SECTION 23103.5) | | |
|---|---|---|
| | MINIMUM AND MAXIMUM SENTENCES | OTHER |
| ced e | If probation is not granted, 5 days to 90 days in jail, or $145 to $1,000 fine, or both.<br>If probation is granted (maximum of 3 years), 90 days in jail, or $1,000 fine, or both, and a drug/alcohol program.<br>The Court may suspend my driver's license for 30 days (1st offense); 60 days (2nd offense); up to 6 months (3rd offense). | Because alcohol or drugs are involved, this conviction will act as a separate conviction for driving under the influence (DUI) if I commit a subsequent DUI offense within 7 years. | ☒ |

**DUI ADDENDUM**   5 of 7   Page 1 of 2

| DEFENDANT'S NAME: Ledesma | CASE NUMBER: CN196618 |
|---|---|

I understand:

1. I may be fined up to $50 for an alcohol and abuse education and prevention penalty assessment upon a conviction of VC 23152 or VC § 23153.

2. I will be required to report to the Substance Abuse Assessment Unit for evaluation, pay all required fees, and complete an programs assigned by the assessors.

3. I may be required to pay expenses incurred by a public agency which responded to any incident caused by my vehicle at the tim of arrest (GC § 53150).

4. This violation will count as 2 points on my driving record (VC § 12810(b)).

5. The Department of Motor Vehicles (DMV) may consider any of my other convictions for driving under the influence or reckles driving, even those that are not charged in this proceeding, and impose a more severe license restriction, suspension, ( revocation as a result of such other conviction(s).

6. (If applicable) If my blood-alcohol level was .20 percent or above or I refused to take a chemical test, the Court shall consider th in determining whether to enhance the penalties, grant probation, or impose additional terms of probation. (VC § 23578)

7. If I am the registered owner of the vehicle used in the offense:
   A. Upon my first conviction, the Court may impound my vehicle at my expense for up to 30 days;
   B. Upon my second conviction, the Court shall impound my vehicle at my expense for up to 30 days, unless it determined that it is in the interest of justice not to do so;
   C. Upon my third conviction, the Court shall impound my vehicle at my expense for up to 90 days, unless it is determine that it is in the interest of justice not to do so;
   D. The Court may declare my vehicle to be a nuisance and order it sold following a hearing if I have two or more oth convictions for driving under the influence, vehicular manslaughter (PC § 191.5 or 192(c)(3)), or any combinatic thereof, in the past seven years.

8. The DMV may restrict, suspend, or revoke my license under a procedure which is separate from this criminal action. The DMV action, if any, will be in addition to the Court's sentence and I must obey it. The DMV may not authorize a restricted license eve if the Court might so direct.

9. The DMV will suspend my license for an additional six months if my offense involved a controlled substance (drug).

10. I must successfully complete an alcohol/drug program in order to have my driving privilege reinstated following any licens restriction, suspension, or revocation which is imposed on me, even if I am not ordered to attend such a program by the Court.

11. If I am convicted of a first offense of 23152 or 23153, the Court may order:
    A. Prohibition from operating any vehicle that I own or operate unless it is equipped with a certified ignition interloc device for one to three years. Installation of this device, which prevents the vehicle from starting if I have alcohol in m body, does not authorize me to drive without a valid license;
    B. That I prove I installed the device within 30 days of my conviction or my release from jail or prison, or the DMV sh; revoke my license for an additional year. Also, the Court shall suspend my license and issue an arrest warrant if I f; to comply with any notice to (1) install the device, (2) report on the operation of the device, or (3) maintain or calibra the device on three or more occasions.

12. (If applicable) If I am convicted of a third or subsequent violation of 23152 or 23153:
    A. I must surrender my license to the Court. I will also be designated as a habitual traffic offender for three years after n conviction, and I will receive an enhanced sentence if I drive in violation of my license revocation;
    B. For 23152 only: If probation is granted, I may request to participate in a 30-month treatment program. This progra includes between 120 and 300 hours of community service. If the Court grants my request, I will be sentenced to th county jail for at least 30 days but not more than one year as a condition of probation instead of the jail term specifie in the chart above.

13. (If applicable) **Willful Refusal (VC § 23577):**

| NOTE: Test refusals require a minimum 6-month drug/alcohol program (HS § 11837(c)(2)). | |
|---|---|
| 1st Offense 23152 | If probation granted, ineligible for option (B) of DUI penalty chart |
| 2nd Offense 23152 | Additional 96 hours jail with or without probation. |
| 3rd Offense 23152 | Additional 10 days jail with or without probation. |

|  | Additional 10 days jail. | |
|---|---|---|
|  | Additional 30 days jail. | |
|  | Additional 90 days jail. | ☒ 14 |

ble) **Excessive Speed (VC § 23582)**

| 23153 | Alcohol/drug program with or without probation and 60 additional consecutive days jail. | ☒ |
|---|---|---|
| quent 23152 or 23153 | Additional consecutive 60 days jail. | 15 |

ad and understand the above initialed information.     My blood alcohol reading was ___+ over .08 %__

2/05                    X _____ Defendant's Signature

**DUI ADDENDUM**                    6 of 7    ~~Page 2 of 2~~

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ Central Division  ☐ East County Division  ☒ North County Division  ☐ South County Division

PEOPLE vs. LEDESMA JUAN C  STATUS: CUST  $ _____  ☐ BB
CASE # CN196618  PROS. # QAS94701  DOB: 032877  BKG # 05711206  CTS: ___
DATE: 07-12-05  AT 08:30  DEPT. # 006  INTERPRETER: Levitt  ☒ Spanish ☐ Sv
JUDGE/COMM/PRO TEM: DANIEL B. GOLDSTEIN  ☐ STIP. FILED  REPORTER – CSR # C. Carmel
CLERK: Valverde  TAPE # ___  COUNTER # ___

CHARGE(S): 1) *PC245(A)(1) w/PC1192.7(c)(23)  2) PC273A(A)  3) PC273A(A)  4) PC273.5
5) *VC23152(B)  6) PC148(A)(1) 7) PC25400(a)  13TH

FUTURE DATES: PE 07-14-05 ✓ w/ VC23540  ☐ CONFIRMED

Attorney for the People (DDA / DCA) _K Mok_  Attorney for the Defendant (PD / APD / PCC / Retained) _L Cofsen_  49-
☐ Defendant present by ☒ with ☐ without counsel  ☐ in pro per  ☐ via audio/video  ☐ not produced in courtroom  ☐ Defendant fail
☐ 4TH AMENDMENT WAIVER PREVIOUSLY ORDERED  ☐ PROTECTIVE ORDER PURSUANT TO PC136.2 PREV
☐ Case called for ☐ FTA ☐ Arraignment ☐ Bail Review ☒ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination
☐ DEJ ___ Protective Order Expir
☐ Warrant Ordered/Issued on ___  ☐ Warrant Cleared ☐ Wa
☐ CASE TRANSFERRED TO DEPT. ___  TIME ESTIMATE: ___
☐ Complaint amended by interlineation to read: ___
☐ Amended ☐ Amendment to complaint filed ☐ charging ☐ adding ☐ VC23103(a) pursuant to VC23103.5 ☐ VC22107, VC21658(a),
☐ ___ as INFRACTION(S) pursuant to PC17(d)(2). ☐ other: ___
☐ Defendant advised of and waives the right to a **separate and conflict-free attorney / interpreter** for this court appearance.
☐ Defendant duly arraigned and advised of the **constitutional and statutory rights** as indicated on the reverse side of this minute order*.
☐ Acknowledgment of advisal of constitutional rights signed and filed. ☐ Defendant has received copy of complaint.
☐ Defendant waives reading of complaint. ☐ Deft. states **true name** is ___  ☐ on complaint
☐ **DEFENDANT PLEADS NOT GUILTY** and denies any priors/allegations/separate convictions alleged ☐ on amended complaint.
☐ Defendant **WAIVES**:  ☐ time for speedy trial  ☐ 10 day/60 day statutory time for preliminary hearing  ☐ personal presence ☐ per
☐ jury trial.  ☐ preliminary hearing
COUNSEL ☐ REQUEST FOR APPOINTED ATTY.  ☐ Granted ☐ Public Defender ☐ Alternate Public Defender ☐ Private Conflict Counsel
Atty: ___  ☐ Denied ☐ Referred to Near Indigent Panel ☐ Deft to retain counsel.
☐ The Court finds the defendant ☐ is ☐ is not  qualified to represent self in **PRO PER**.  ☐ Lopez Waiver signed and filed.
**CONVICTION** ☐ Deft. is sworn and examined. ☒ Defendant withdraws any previously entered plea. Ct 5 - VC23152
DEFENDANT PLEADS: ☒ GUILTY ☐ NO CONTEST to: Ct 4 - PC273.5(a)  ☐ VC23152(a) / (
☐ Admits ___ separate conviction(s) alleged/ ___ allegation(s)
☐ charges contained in amended/amendment to complaint. ☐ V23103(a) per 23103.5 ☐ as a lesser included offense of
☐ On motion of Court/People/Defendant Count(s) ___ remaining is/are **DISMISSED** ☐ FOJ ☐ VOP ☐
☐ On motion of Court/People/Defendant Allegation(s)/Prior(s) ___ remaining is/are **STRICKEN** ☐ FOJ ☐ VOP ☐
☒ Plea form executed and filed ☐ Peo vs. West ☐ BAC: ___  ☐ VC23593 advisal given ☐ PC666 advisal given
☒ **WAIVERS:** ☒ Harvey ☐ Arbuckle ☐ Blakely ☒ Court finds a knowing and intelligent waiver of constitutional rights and factual basis fo
☐ PC1210 ☐ accepted ☐ declined. ☒ Time waived for sentencing, see JUDGMENT.
☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint deemed the Information.
☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. – PC296(a).
**MOTIONS** ☐ Motion for ___ by People/Defendant with/without objection grant
**PC1000** ☐ Defendant's application for ☐ reinstatement to ☐ Deferred Entry of Judgment granted as to count(s) ___, for ___ mo./y
☐ New term ☐ Time waived for sentencing ☐ S.D. Rescue Mission Program ☐ Enroll by ___  ☐ Term to be determined
☐ $ ___ Admin. fee (PC1001.15) ☐ $ ___ DEJ Restitution fee (PC1001.90) Comply with all orders of Assessor.
☐ $ ___ credit for time served  TOTAL AMOUNT DUE $ ___  ☐ Forthwith ☐ By ___  ☐ Wai
☐ Defendant has satisfactorily COMPLETED the DEJ Program, previously entered plea to count(s) ___ set aside and charges dismis
☐ Defendant has FAILED to satisfactorily perform in the DEJ Program. ☐ PC1000 set aside and any unpaid fees pertaining thereto deleted.
☐ Court makes a finding of guilt to the charge(s) pled. ☐ Time waived for sentencing, see JUDGMENT.
**REFERRALS** Report ☒ forthwith ☐ by ___ to ☐ Assessment Unit ☒ Probation Department
☒ Pre-Sentence ☐ Min ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution R
☐ Court Collections for payment of Attorney fee $ ___  ☐ Indigent as to Attorney Fees.
The Court finds that the defendant has the ability to repay the County of San Diego for the costs of Court Appointed Attorney fees.

**HEARINGS** Set/continued on motion of ☐ People ☐ Defense ☐ Opposed ☐ Unopposed ☐ By Stipulation, ☒ Statutory time is W/
☐ Re-Attorney ___ at ___ in Dept. ___  ☐ Motion/PC1538.5 ___ at ___
☐ Arraignment ___ at ___ in Dept. ___  ☐ Jury / Court Trial ___ at ___
☐ Bail Review ___ at ___ in Dept. ___  ☐ Sentencing ___ at ___
☐ Readiness/DWT ___ at ___ in Dept. ___  ☒ Prob. Hrg. & Sent 8-15-05 at 1:30
☐ Prelim Exam ___ at ___ in Dept. ___  ☐ DEJ Hearing ___ at ___
Time Estimate: ___ hr/day  Set with case(s): ___  ☐ to trail for revocation

OTHER  ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.
VC23593(c) advisal given in open court.

```
                    ...ek. REMANDED to custody of Sheriff, bail $_____        ☐ WITHOUT BAIL ☐ Per PC1275 ☐ as set
] increased ☐ reduced                             ☐ Bail Unit Report Ordered re: SOR
] Deft. RELEASED: ☒ on bail previously posted.   ☐ after booking  ☐ DEJ  ☐ OR/SOR  ☐ same terms and conditions
] to an authorized representative of: _____ on _____ at _____
] Release Conditions: ☐ Attend _____ AA/CA/NA/MA Mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.
] Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.
] Deft. waives 4th amendment rights and agrees to submit person, property, place of residence, vehicle, personal effects to search at any time with or without a
 arrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer ☐ until revoked. ☐ for the duration of
eferred entry of judgment.  ☐ Have no contact with / stay away from: _____ ☐ PC136.2 Protective Order issued
] Previously ordered:  ☐ 4th WAIVER ☐ continues ☐ deleted   ☐ PROTECTIVE ORDER ☐ continues ☐ deleted.
VARRANT ☐ Arrest ☐ Bench ☐ _____ Warrant ordered  ☐ Bail set at $_____ ☐ No Bail  ☐ ISSUED ON: _____
] Schedule for hrg. ☐ Mandatory Appearance ☐ Night Service Auth. ☐ Cash bail may be forfeited. ☐ HOLD issuance to DATE SET ABOVE. ☐ Warrant
reviously ordered/issued ☐ remains outstanding ☐ rescinded  ☐ RECALLED ON: _____
] Affidavit requested. Due by: _____.
3AIL STATUS Bail is ☐ exonerated ☐ forfeited ☐Fine from bail, refund balance. ☐ Decl. of non-collusion/ reassumption of liability filed.
] Bail forfeiture set aside and bond reinstated/exonerated ☐ upon payment of court cost $ _____ within 30 days ☐ cost waived
] Bond #: _____ Bond $_____ Bond Co. _____

ttest a true copy           Dated: _____     CLERK, by _____, Deputy Clerk
)istribution by: _____ on _____ to: Jail Deft. Atty. Pros. Prob. R&R Interpreter Assessment Other: _____

OSC CRM-150(Rev. 5-05)       MISDEMEANOR/FELONY - PRE-DISPOSITION MINUTES
```

7 of 7